# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SPENCER,<br><br>             Petitioner,<br><br>     v.<br><br>KEN CLARK,<br><br>             Respondent. | CASE NO. 09cv2394-JM (CAB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITIONER'S WRIT OF MANDATE<br><br>Doc. No. 9 |

    On April 19, 2010, Magistrate Judge Bencivengo entered a Report and Recommendation (Doc. No. 15). The Report and Recommendation, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner Nathan Spence's writ of mandate and recommended that it be denied. Since his original writ of mandate, Petitioner has said he received some legal materials, although it is unclear from his motion how much material he recovered. (Doc. No. 11).

    No objections having been filed, **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge are adopted in their entirety and this Court DENIES Petitioner's writ of mandate without prejudice to any relief he might receive in his federal habeas petition.

DATED: July 12, 2010

                                                      Hon. Jeffrey T. Miller
                                                      United States District Judge