# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

NATHAN SPENCER

                **V.**                              **JUDGMENT IN A CIVIL CASE**

KEN CLARK

                              **CASE NUMBER:**    09cv2394-JM(CAB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation of the Magistrate Judge are adopted in their entirety and this Court denies Petitioner's writ of mandate without prejudice to any relief he might receive in his federal habeas petition.................................................................................................................................................
..........................................................................................................................................................

| July 12, 2010 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 12, 2010